RECEIVED
SDNY DOCKET UNIT
2026 MAY -1 PM 2:30

# I. PLAINTIFFS / DEFENDANTS

**Plaintiff:**
**Kherie Freeman**
White Plains, NY
(Pro Se)

**Defendant:**
**Westchester County Department of Social Services**
112 East Post Road
White Plains, NY 10601

---

# II. BASIS OF JURISDICTION

☒ **3. Federal Question** (Title VII – 42 U.S.C. § 2000e)

---

# III. CITIZENSHIP OF PRINCIPAL PARTIES

**N/A – Federal Question Case**

---

# IV. NATURE OF SUIT

☒ **442 – Civil Rights: Employment**
(Title VII Retaliation, Hostile Work Environment, National Origin Discrimination)

---

# V. ORIGIN

☒ **1. Original Proceeding**

---

# VI. CAUSE OF ACTION

- **42 U.S.C. § 2000e-2(a)** – Discrimination based on national origin
- **42 U.S.C. § 2000e-3(a)** – Retaliation for engaging in protected activity

- **Hostile Work Environment** under Title VII
- **EEOC Right-to-Sue issued February 2026**

---

# VII. REQUESTED IN COMPLAINT

☒ **Monetary Relief**
☒ **Injunctive Relief**
☒ **Declaratory Relief**

**Amount demanded: $300,000 and economic**

---

# VIII. RELATED CASE(S) IF ANY

None known.

---

# IX. ATTORNEY FOR PLAINTIFF

**Pro Se**
**Kherie Freeman**
White Plains, NY
Email: __
**Phone:** __

# I. PLAINTIFFS / DEFENDANTS

**Plaintiff: Kherie Freeman** White Plains, NY (Pro Se)

**Defendant: Westchester County Department of Social Services** 112 East Post Road White Plains, NY 10601

# II. BASIS OF JURISDICTION (Check One)

☒ **3. Federal Question** (Title VII – 42 U.S.C. § 2000e)

# III. CITIZENSHIP OF PRINCIPAL PARTIES

(Not required in Federal Question cases) ☒ **N/A**

# IV. NATURE OF SUIT (Check One)

☒ **442 – Civil Rights: Employment** (Title VII Retaliation, Hostile Work Environment, Discrimination)

# V. ORIGIN

☒ **1. Original Proceeding**

# VI. CAUSE OF ACTION

**42 U.S.C. § 2000e-2(a)** – Discrimination based on protected class (race/color/sex/etc.) **42 U.S.C. § 2000e-3(a)** – Retaliation for engaging in protected activity **Hostile Work Environment** under Title VII **EEOC Right-to-Sue issued February 2026**

# VII. REQUESTED IN COMPLAINT

☒ **Monetary Relief** ☒ **Injunctive Relief** ☒ **Declaratory Relief**

**Amount demanded: $300,000** (economic + compensatory damages)

# VIII. RELATED CASE(S) IF ANY

None known.

# IX. ATTORNEY FOR PLAINTIFF

**Pro Se** Kherie Freeman White Plains, NY Email: ____________________ Phone: ____________________