UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KHERIE FREEMAN,

                    Plaintiff,

        -against-

WESTCHESTER DEPARTMENT OF SOCIAL
SERVICES,

                    Defendant.

26-CV-3652 (LTS)

ORDER DIRECTING PAYMENT OF FEE
OR AMENDED IFP APPLICATION

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff brings this action *pro se*. To proceed with a civil action in this Court, a plaintiff must either pay $405.00 in fees – a $350.00 filing fee plus a $55.00 administrative fee – or, to request authorization to proceed *in forma pauperis* (IFP), that is, without prepayment of fees, submit a signed IFP application. *See* 28 U.S.C. §§ 1914, 1915.

Plaintiff submitted an IFP application, but the information is incomplete and does not show that she is unable to pay the filing fees. Within thirty days of the date of this order, Plaintiff must either pay the $405.00 in fees or submit the attached Amended IFP application. If Plaintiff submits the Amended IFP application, it should be labeled with docket number 26-CV-3151 (LTS).

Payment of the fees by mail must (1) be made by money order or certified check; (2) be made payable to: Clerk, USDC, SDNY; and (3) include the docket number listed above. Personal checks are not accepted. Payment by mail should be sent to the following address: United States District Court for the Southern District of New York, Cashiers-Room 260, 500 Pearl Street, New York, NY 10007. Fees also can be paid in person at the courthouse by credit card, money order, certified check, or cash.

Moreover, Plaintiff has included the full name of another individual in her IFP application. Because federal court filings are generally "available over the internet," filers are required not to include certain sensitive information in their pleadings, including the names of individuals known to be minors, social security numbers, birth dates, and financial-account numbers. *See* Fed. R. Civ. P. 5.2, Advisory Notes. "The responsibility to redact filings rests with . . . the party making the filing." Fed. R. Civ. P. 5.2. It is unclear if the individual named in Plaintiff's IFP application is a minor; if so, if Plaintiff submits an amended IFP application, Plaintiff should not include the full name of the minor.

No summons shall issue at this time. If Plaintiff complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed without prejudice to refiling.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:    May 4, 2026
        New York, New York

                               /s/ Laura Taylor Swain
                                 LAURA TAYLOR SWAIN
                         Chief United States District Judge