UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KHERIE FREEMAN,

          Plaintiff,

        -against-

DEPARTMENT OF SOCIAL SERVICES
(WESTCHESTER),

          Defendant.

26-CV-3652 (LTS)

ORDER DENYING IFP APPLICATION

LAURA TAYLOR SWAIN, Chief United States District Judge:

Leave to proceed in this Court without prepayment of fees is denied because Plaintiff's amended *in forma pauperis* application does not show that she is unable to pay the filing fees. *See* 28 U.S.C. § 1915(a)(1). Plaintiff is directed to pay $405.00 in fees – a $350.00 filing fee and a $55.00 administrative fee – within 30 days of the date of this order. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed without prejudice.

SO ORDERED.

  Dated:    June 9, 2026
            New York, New York

                      /s/ Laura Taylor Swain
                        LAURA TAYLOR SWAIN
                Chief United States District Judge